**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus ALVAREZ–RAMOS, Defendant–Appellant.**

No. 09–30198.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 5, 2010.

Jane Kirk, Assistant U.S., USSP–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Rebecca Louise Pennell, Esquire, Assistant Federal Public Defender, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Alvarez–Ramos appeals from the 71–month sentence imposed following his guilty-plea conviction for being an illegal alien in the United States after deporta-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Alvarez–Ramos contends that the district court procedurally erred by applying an upward departure under U.S.S.G. § 4A1.3, based on its determination that his criminal history category understated his criminal history. He also contends that his sentence is substantively unreasonable because it is greater than necessary. The record reflects that the district court did not procedurally err in its calculation of the advisory sentencing Guideline range or consideration of the 18 U.S.C. § 3553(a) factors, and that the sentence is substantively reasonable in light of the totality of the circumstances. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc); *see also United States v. Higuera–Llamos*, 574 F.3d 1206, 1210–12 (9th Cir.2009).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.